

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NOE RODRIGUEZ-AVILA, | § | No. 08-14-00267-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| | § | |
| PATRICIA SILIS, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2013-DCV4560) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

October 29, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge, sitting by assignment)(Not Participating)